IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ELAINE L. CHAO, Secretary of Labor,          §
United States Department of Labor,           §
                                             §
                    Plaintiff,               §
                                             §
vs.                                          §
                                             §        Civil Action No.: 3:08-CV-0018-O
                                             §
LOCAL 732, AMERICAN POSTAL                   §
WORKERS UNION,                               §
                                             §
                    Defendant.               §

## ORDER

The Court has been advised that the parties have settled this case.  The parties are

therefore directed to file the necessary dismissal papers with the Clerk's Office within **30 days**

**from the date of this order**.

If a stipulation of dismissal and agreed order are not filed within 30 days from the date of

this order and further proceedings become necessary or desirable, the parties' should

immediately file a Joint Status Report with this Court.

**SO ORDERED** on this 27th day of **March, 2008.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**