IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | § § § | CIVIL ACTION NO. |
| Plaintiff, | § § | |
| vs. | § § | 3:08-CV-0018-O |
| LOCAL 732, AMERICAN POSTAL WORKERS UNION, | § § § | ECF |
| Defendant. | § | |

## JOINT MOTION OF DISMISSAL

Elaine L. Chao, Secretary of Labor, United States Department of Labor, plaintiff, and Local 732, American Postal Workers Union, defendant, by and through their undersigned counsel, hereby announce to this Court that they have executed a Stipulation of Settlement which fully resolves the issues pending before this Court. Pursuant to Rule 41(a)(2), the parties respectfully request that an order be entered which dismisses this case with costs borne by the party incurring same.

Joint Motion of Dismissal - Page 1

Respectfully submitted,

| | |
|---|---|
| RICHARD B. ROPER<br>UNITED STATES ATTORNEY | LOCAL 556, TRANSPORT<br>WORKERS UNION OF AMERICA,<br>AFL-CIO, By and through its attorneys |
| */s/ Katherine Savers McGovern* | */s/ Edward B. Cloutman, III* |
| Katherine Savers McGovern<br>TX Bar No. 13638020<br>Assistant U.S. Attorney<br>1100 Commerce Street, Rm. 300<br>Dallas, Texas 75242<br>214.659.8600<br>214.767.2916 (fax) | Edward B. Cloutman, III<br>TX Bar No. 04411000<br>Law Offices of<br>Edward B. Cloutman, III<br>3301 Elm Street<br>Dallas, Texas 75226-2562<br>214.939.9222<br>214.939.9229 (fax) |
| OF COUNSEL:<br><br>ELIZABETH FAHY<br>U.S. Department of Labor<br>Office of the Solicitor<br>525 Griffin Street, Suite 501<br>Dallas, Texas 75202<br>972.850.3100<br>972.850.3101 (fax)<br><br>COUNSEL FOR PLAINTIFF CHAO | COUNSEL FOR DEFENDANT LOCAL<br>732, AMERICAN POSTAL WORKERS<br>UNION |