IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 3:08-CV-0018-O |
| LOCAL 732, AMERICAN POSTAL WORKERS UNION, | § § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is the parties' Joint Motion of Dismissal (Doc. # 11), filed April 25, 2008. Having reviewed the motion pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court finds that it should be and is hereby **GRANTED.**

IT IS THEREFORE **ORDERED** that any and all claims by Plaintiff against Defendant are hereby DISMISSED with prejudice to the refiling of same.

All court costs are to be borne by the party incurring same. This Order dismisses all claims and all parties and is a final judgment.

**SO ORDERED** on this 28th day of **April, 2008.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**