## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| vs. | § § | |
| | § | 3:08-CV-0018-O |
| LOCAL 732, AMERICAN POSTAL WORKERS UNION, | § § | |
| Defendant. | § § | ECF |

## NOTICE OF FILING OF
## CERTIFICATE OF ELECTION

In accordance with the Stipulation of Settlement between the parties and Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §481 *et seq.*, the Secretary of Labor, Elaine L. Chao, pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C.§ 482(c), has certified the election of Local 732's officials. A copy of Secretary Chao's "Certification of Election" is appended as Attachment A.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

KATHERINE SAVERS MCGOVERN
Assistant United States Attorney
TX Bar No. 13638020
1100 Commerce Street, Rm 300
Dallas, Texas 75242

Notice of Filing of Certificate of Election - Page 1

Telephone:  214.659.8600
Facsimile:  214.767.2916
Email: katherine.mcgovern@usdoj.gov

OF COUNSEL:

GREGORY F. JACOB
Solicitor of Labor
KATHERINE E. BISSELL
Associate Solicitor
FREDERICK BOWEN
Attorney
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2008,  I electronically submitted the foregoing

document with the clerk of court for the U.S. District Court, Northern District of Texas,

using the electronic case files system of the court.  The electronic case filing system sent a

"Notice of Electronic Filing to the following individuals who have consented in writing to

accept this Notice as service of this document by electronic means:

Edward B. Cloutman, III
Law Offices of Edward B. Cloutman, III
3301 Elm Street
Dallas, Texas  75226-1637

_____
KATHERINE SAVERS MCGOVERN

IN THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

ELAINE L. CHAO,    Secretary of Labor,  §
United States Department of Labor,       §
                                         §        CASE NO. 3:08-CV-0018-O
                    Plaintiff,           §
                                         §        JUDGE O'CONNOR
vs.                                      §
                                         §
LOCAL 732, AMERICAN POSTAL               §
WORKERS UNION,                           §
                                         §

## CERTIFICATION OF ELECTION

The election having been conducted in the above manner under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement,

in accordance with the provisions of Title IV of the Labor-Management Reporting and

Disclosure Act of 1959 (29 U.S.C. §§ 481 et seq.) and in conformity with the constitution and

bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints

having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of

1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

Certification of Election – Page 1

Attachment A

**IT IS HEREBY CERTIFIED** that the following named candidates are duly elected to the offices and delegate positions designated:

| | |
|---|---|
| Larry Crawford, Sr. | President |
| Yared Wonde | Executive Vice President |
| Reynaldo "Rey" Ruiz | Sergeant-at-Arms |
| Billy (B.R.) Jones | Trustee |
| Alberta "Bell" Crawford | Director, Human Resources |
| Vickie Burns | Assistant Clerk Craft Director |
| Tanya "Tan" Morgan | Clerk Craft Business Agent #4 |
| Terry Watts | Clerk Craft Delegate |
| Vickie Burns | Clerk Craft Delegate |
| Conrad M. Jackson | Clerk Craft Delegate |
| Jayne Nethery-Colombo | Clerk Craft Delegate |
| Grace Arrington | Clerk Craft Delegate |
| Glenn Cook | Clerk Craft Delegate |
| Roy Trujillo | Clerk Craft Delegate |
| Cathy Wesley | Clerk Craft Delegate |
| Tanya "Tan" Morgan | Clerk Craft Delegate |
| Anthony D. Hegger | Clerk Craft Delegate |
| Sonya A. Allen | Clerk Craft Delegate |
| Reynaldo "Rey" Ruiz | Clerk Craft Delegate |
| (B.J.) Alexander | Clerk Craft Delegate |
| Randy Price | Clerk Craft Delegate |
| Jeff Phillips | Maintenance Craft Business Agent #2 |
| Carlos Paz | Maintenance Craft Delegate |
| Timberly Johnson | Maintenance Craft Delegate |
| Foster E. Forde | Maintenance Craft Delegate |
| Steve J. Martin | Maintenance Craft Delegate |

Peierre Freeman                    MVS Craft Delegate

W.E. Graham                        MVS Craft Delegate


Signed this 20th day of October, 2008.

Cynthia M. Downing, Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

Certification of Election – Page 3